IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEREK L. BURTON,** ) | |
| ) | |
|      **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 09-cv-287-DRH** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 03-cr-30214** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
|      **Respondent/Plaintiff.** ) | |

## JUDGMENT

     This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

     **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

November 23, 2009            By:     /s/   DavidRHerndon
*Date*                                                    *Chief Judge*